The application was not timely filed hence not considered.

165 So.2d 484

**Blanchard JACKSON**

**v.**

**INTERNATIONAL PAPER COMPANY.**

No. 47343.

June 30, 1964.

In re: Blanchard Jackson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Beauregard. 163 So.2d 362.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

165 So.2d 484

**Cleveland Paul EMONET et al.**

**v.**

**Robert S. TOMLINSON.**

No. 47342.

June 30, 1964.

In re: Robert S. Tomlinson applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 163 So.2d 382.

Writ refused. Not final judgment. Defendant's rights to re-argue errors complained of herein are reserved.